# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2019

## NO. 03-18-00694-CV

**Linda S. Nowlin, Appellant**

**v.**

**Samarra Davis, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES KELLY, SMITH, AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the trial court on July 25, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.